UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNE O'MALLEY-GORDON and
FRANK GORDON,

      Plaintiffs,

v.                                  Case No:   2:18-cv-533-FtM-29CM

THE UNITED STATES OF
AMERICA and FREDERICK
JACKSON,

      Defendants.

## ORDER

This matter comes before the Court upon review of the Applications to Proceed in District Court Without Prepaying Costs or Fees, construed as Motions to Proceed *In Forma Pauperis*. Docs. 2, 3. Plaintiffs request leave to proceed *in forma pauperis* in this case without the prepayment of the filing fees and costs. *Id.* After careful review of Plaintiffs' Applications and Complaint pursuant to 28 U.S.C. § 1915, the Court finds Plaintiffs qualify to proceed *in forma pauperis*.

ACCORDINGLY, it is

**ORDERED:**

1. The Applications to Proceed in District Court Without Prepaying Costs or Fees, construed as Motions to Proceed *In Forma Pauperis* (Docs. 2, 3), are **GRANTED**.

2. The Clerk is directed to file all pleadings in this cause without prepayment of costs, and the United States Marshal, upon receipt of appropriate

instructions in proper form from Plaintiffs, is directed to effect services of process without prepayment of costs or fees.

3. The Clerk is directed to mail summonses and Marshal 285 forms to Plaintiffs' counsel. Plaintiffs shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward the completed service documents, along with sufficient copies of the Complaint, to the Clerk for service by the United States Marshal. Failure to provide these documents within this time period will cause the Court to recommend that this action be dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of October, 2018.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record