UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNE O'MALLEY-GORDON, individually and as wife and FRANK GORDON, individually and as husband,

    Plaintiffs,

v.      Case No: 2:18-cv-533-FtM-29UAM

THE UNITED STATES OF AMERICA and FREDERICK JACKSON, in his individual capacity,

    Defendants.

## ORDER

This matter comes before the Court plaintiff's Voluntary Dismissal of Frederick Jackson (Doc. #16), filed March 13, 2019. Plaintiff seeks to defendant Frederick Jackson only, who has not yet entered an appearance in this case. Therefore, the Court will terminate this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant Frederick Jackson is deemed **dismissed** without prejudice. The Clerk shall terminate this defendant on the docket and correct the caption of the case to reflect the dismissal.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of March, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record