AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Anne O'Malley-Gordon and Frank Gordon<br><br>*Plaintiff(s)*<br>v.<br>The United States of America and Frederick Jackson, in his individual capacity<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-cv-00533-JES-CM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
c/o U.S. Attorney's Office
Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Goodwin Firm
April S. Goodwin, Esq.
801 West Bay Drive
Suite 705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/18/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Anne O'Malley-Gordon and Frank Gordon <br><br> *Plaintiff(s)* <br> v. <br><br> The United States of America and Frederick Jackson, in his individual capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-cv-00533-JES-CM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The United States of America
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Goodwin Firm
April S. Goodwin, Esq.
801 West Bay Drive
Suite 705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/19                               _____
                                              *Signature of Clerk or Deputy Clerk*