UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNE O'MALLEY-GORDON and
FRANK GORDON,

    Plaintiffs,

v.                         Case No: 2:18-cv-533-FtM-29NPM

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter comes before the Court on review of the file. On May 28, 2019, defendant filed a Motion to Dismiss (Doc. #30). Because plaintiffs filed a First Amended Complaint (Doc. #32) on June 12, 2019, defendant's Motion to Dismiss (Doc. #30) is denied as moot.

Accordingly, it is hereby

**ORDERED**:

Defendant's Motion to Dismiss (Doc. #30) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of July, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record